**BOWMAN AND BROOKE LLP**
Michael J. Hurvitz (SBN: 249050)
Austin R. Henderson (SBN: 293245)
750 B Street, Suite 1740
San Diego, CA 92101
Telephone No.: (619) 376-2500
Facsimile No.: (619) 376-2501
Michael.hurvitz@bowmanandbrooke.com
Austin.henderson@bowmanandbrooke.com

Attorneys for Defendant, VOLVO CAR USA, LLC

**CONSUMER LEGAL SERVICES, P.C.**
Christopher M. Lovasz (SBN: 303120)
Charles J. Lee (SBN: 266753)
2330 Long Beach Boulevard
Long Beach, California 90806
Telephone No.: (562) 424-3293
Facsimile No.: (562) 595-1849
clovasz@lemonauto.com
clee@lemonauto.com

Attorneys for Plaintiff, URIEL GOMEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URIEL GOMEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>VOLVO CAR USA, LLC, a Delaware Limited Liability Company; RUSNAK/PASADENA, a California Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: CV 20-428-GW-JPRx<br><br>(**Removed from Los Angeles County Superior Court Case No. 19STCV44547**)<br><br>**JOINT STIPULATION TO REMAND ACTION TO STATE COURT**;<br><br>AND ORDER |

Plaintiff URIEL GOMEZ ("Plaintiff") and VOLVO CAR USA, LLC ("Defendant") (collectively "the Parties") by and through their counsel of record, hereby agree and stipulate as follows:

///

# **STIPULATION**

1. On December 11, 2019 Plaintiff commenced an action in the Superior Court of California in and for the County of Los Angeles titled *Uriel Gomez v. Volvo Car USA, LLC, et al.* as Case No. 19STCV44547 ("the Action").

2. On or about January 15, 2020, Defendant removed the Action to this court pursuant to 28 U.S.C. section 1441, based on federal question.

3. On or about February 21, 2020, Plaintiff's counsel, Charles Lee, and Defendant's counsel, Austin Henderson, met and conferred regarding Plaintiff dismissing the third and fourth causes of action for Magnusson-Moss – Breach of Express Warranty and Magnusson-Moss – Breach of Implied Warranty of Merchantability, respectively and agreeing to remand the Action back to Los Angeles County Superior Court.

4. The Parties stipulate that Plaintiff will a First Amended Complaint dismissing the third and fourth causes of action for Magnusson-Moss – Breach of Express Warranty and Magnusson-Moss – Breach of Implied Warranty of Merchantability, respectively.

5. With the dismissal of the federal Magnusson-Moss claims, the Parties stipulate that this action should immediately be remanded to the Los Angeles County Superior court.

6. Each party shall bear his/her/its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this stipulation and order thereof.

7. This Stipulation moots all pending motions before this Court, and all pending deadlines and hearings in this case should be taken off the Court's Calendar.

/ / /

/ / /

8. After the case is remanded to state court, Plaintiff will re-file and serve the First Amended Complaint in state court, consistent with paragraph 4 of this stipulation, pursuant to the applicable state court procedures.

9. Defendant will respond to the First Amended Complaint filed in state court pursuant to the applicable state court procedures.

DATED: February 28, 2020  CONSUMER LEGAL SERVICES, P.C.

BY: /s/ Charles J. Lee
Charles J. Lee
Christopher M. Lovasz
Attorneys for Plaintiff
URIEL GOMEZ

DATED: February 28, 2020  BOWMAN AND BROOKE LLP

BY: /s/ Austin R. Henderson
Michael J. Hurvitz
Austin R. Henderson
Attorneys for Defendant
VOLVO CAR USA, LLC

IT IS SO ORDERED.

DATED: March 3, 2020

UNITED STATES DISTRICT JUDGE